# SUPREME COURT

OF

## NORTH CAROLINA

AT

### RALEIGH

---

STATE OF NORTH CAROLINA
v.
ADRIAN TAREL EPPS

No. 44A14

Filed 10 April 2015

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 752 S.E.2d 733 (2014), finding no error after appeal of a judgment entered on 25 September 2012 by Judge Hugh B. Lewis in Superior Court, Gaston County. Heard in the Supreme Court on 18 November 2014.

*Roy Cooper, Attorney General, by Amar Majmundar, Special Deputy Attorney General, for the State.*

*Michael E. Casterline for defendant-appellant.*

PER CURIAM.

AFFIRMED.

Justice ERVIN did not participate in the consideration or decision of this case.